814

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAVATRO LE GRAND, Appellant. [951 NYS2d 686]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Leventhal, Chambers and Lott, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUNEL MAXINEAU, Appellant. [951 NYS2d 685]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Chambers and Sgroi, JJ., concur.